IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 2:24-cr-00077-JDW** |
| **v.** : | |
| : | |
| **KENNETH ROACH** : | |

## ORDER

**AND NOW**, this 19th day of March, 2025, upon consideration of Defendant Kenneth Roach's Motion To Dismiss The Indictment (*see* ECF No. 40), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.